# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEDRIA MILLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 1:23-cv-02064-TWT-CMS |
| COVENTRY HOLDING GROUP, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I served a copy of Defendant's Responses to Plaintiff's Second Interrogatories and Requests for Production of Documents on January 12, 2024 by electronic mail addressed as follows:

Aaron B. Maduff, Esq.
aaron@justiceatwork.com

This 12th day of January, 2024.

|  |  |
|---|---|
|  | */s/ Jill T. Young* |
| **Wilson, Morton & Downs, LLC** | Jill T. Young |
| Two Decatur TownCenter | Georgia Bar No. 367039 |
| 125 Clairemont Ave., Suite 420 |  |
| Decatur, GA 30030 |  |
| (404) 377-3638 |  |
| jyoung@wmdlegal.com |  |

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DEDRIA MILLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. |
| | ) | 1:23-cv-02064-TWT-CMS |
| COVENTRY HOLDING GROUP, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel via e-mail:

Aaron B. Maduff, Esq.                aaron@justiceatwork.com
Victor Severin Roberts, Esq.         severin@justiceatwork.com
Amanda A. Farahany, Esq.             amanda@justiceatwork.com
BARRETT & FARAHANY

This 12th day of January, 2024.

*/s/ Jill T. Young*
Jill T. Young
Georgia Bar No. 367039

**Wilson, Morton & Downs, LLC**
Two Decatur TownCenter
125 Clairemont Ave., Suite 420
Decatur, GA 30030
(404) 377-3638
jyoung@wmdlegal.com