IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEDRIA MILLER,<br><br>      Plaintiff,<br><br>v.<br><br><br>COVENTRY HOLDING GROUP, INC.<br><br>      Defendant. | CIVIL ACTION NO.<br>1:23-cv-2064-TWT |

## JUDGMENT

This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of the Plaintiff and against the Defendant.

Judgment is hereby entered in the amount of $110,925.00 to compensate for net loss of wages and benefits, $100,000.00 to compensate for emotional pain and mental anguish, and $95,000.00 for punitive damages, for a total amount of $305,925.00 in favor of the Plaintiff and against the Defendant, plus costs and interest at the legal rate from the date of this judgment to the date payment made in full.

Dated at Atlanta, Georgia this 6th day of November, 2024.

                                            KEVIN P. WEIMER, Clerk

                                            By  /s/Jordyn Holder
                                                       Deputy Clerk